IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA   Plaintiffs | ) ) ) | Case No: 14 CR 287-1 |
| v. | ) ) | |
| **WARREN BARR, III**   Defendant | ) ) ) | Judge: **CHARLES R. NORGLE** |

**ORDER**

Minute entry [151] is amended and corrected to indicate that defendant entered a plea of guilty as to Count Ten (10) of the indictment on June 17, 2016.

Date: 7/12/2016

_____
CHARLES R. NORGLE, JUDGE
UNITED STATES DISTRICT COURT