

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS,
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> WARREN N. BARR III, ) <br> Defendant. ) | No. 14 CR 287-1 <br> Hon. Charles Norgle |

### O R D E R

This matter coming heard on Defendant Warren Barr's unopposed Motion to Continue Sentencing Date, the parties having notice, and the Court being fully advised,

IT IS HEREBY ORDERED:

That the current sentencing date of February 17, 2017 be continued to a date convenient to the Court in mid-April 2017. The Probation Officer is also hereby ordered to provide the parties with their sentencing recommendation.

_1-13-17_  _/s/ Charles Norgle_
Date                           Hon. Charles Norgle

Prepared by:

Patrick E. Boyle
155 N. Michigan Ave., Suite 562
Chicago, IL 60601
(312) 565-2888