IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | No. 14 CR 287-1 |
| | ) | Hon. Charles Norgle |
| vs. | ) | |
| | ) | |
| WARREN N. BARR III, | ) | |
| Defendant. | ) | |

**O R D E R**

This matter coming heard on Defendant Warren Barr's unopposed Motion to Continue Sentencing Date, the parties having notice, and the Court being fully advised,

IT IS HEREBY ORDERED:

That the current sentencing date of April 18, 2017 be continued to a date convenient to the Court ~~such as~~ June 9, 2017. *11:30*

_____
Date  3/10/07

_____
Hon. Charles Norgle