CJA_appointment_rev.07212015

15

# IN THE
## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**
**Plaintiff,**

**Case Number** 14 CR 287-1

v.

Warren Barr, III
**Defendant.**

**Judge** Norgle

## CJA APPOINTMENT ORDER
## ORDER APPOINTING COUNSEL UNDER CJA

**Person Represented:** Warren Barr, III          **Under Seal** ☐

**Defendant Number:** #1

**Payment Category:** Felony

**Type of Person Represented:** Adult

**Representation Type:** CC

**Attorney Name:** Patrick E. Boyle

**Court Order:** Subs for Retained Attorney

   **Prior attorney's name:** Michael H. King

**Signature of Presiding Judge or by Order of the Court** _Charles Norgle_

**Date of Order:** 6/8/2017   **Nunc Pro Tunc Date:** June 5, 2015   or **None** ☐

---

## ORDER APPOINTING INTERPRETER UNDER CJA

**Interpreter needed**     ☐ Yes                    **Under Seal** ☐

Prior authorization shall be obtained for services in excess of $800.

**Expected to exceed**          ☐ Yes  ☐ No
**Prior authorization approved**  ☐ Yes  ☐ No

**Signature of Presiding Judge or by Order of the Court** _____

**Date of Order:** _____   **Nunc Pro Tunc Date:** _____   or **None** ☐