## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

UNITED STATES OF AMERICA

                         Plaintiff,

v.                                        Case No.: 1:14–cr–00287
                                          Honorable Charles R. Norgle Sr.

Warren N Barr III, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 18, 2018:

          MINUTE entry before the Honorable Charles R. Norgle as to Warren N Barr III:
Enter Agreed Order. The sentencing hearing set for 2/25/2018 is reset for 4/17/2018 at
10:30 a.m. Mailed notice (ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.