

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS,
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff, )<br>)<br>vs. )<br>)<br>WARREN N. BARR III, )<br>Defendant. ) | No. 14 CR 287-1<br>Hon. Charles Norgle |

## ORDER

This matter coming heard on Defendant Warren Barr's unopposed Motion to Continue Sentencing Date, the parties having notice, and the Court being fully advised,

IT IS HEREBY ORDERED:

That the current sentencing date of February 15, 2018 be continued to a date convenient to the Court such as April 16, 2018. (4/17/2018 at 10:30 A.M.)

_1-18-18_ _Charles Norgle_
Date                                             Hon. Charles Norgle

Prepared by:

Patrick E. Boyle
155 N. Michigan Ave., Suite 562
Chicago, IL 60601
(312) 565-2888