UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 14 CR 287-1 |
| vs. | ) | Judge Charles R. Norgle |
| | ) | |
| WARRN BARR | ) | |

## NOTICE OF MOTION

To: Counsel of Record

    **PLEASE TAKE NOTICE** that on Friday, March 9, 2018, at 9:30 a.m., I will appear before the Honorable Charles R. Norgle in the courtroom usually occupied by him in the United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present the **Motion for Protective Officer** for the above captioned case.

                                                Respectfully submitted,

                                                JOHN R. LAUSCH, JR.
                                                United States Attorney

By:    /s/ Jason A. Yonan
        JASON A. YONAN
        Assistant United States Attorney
        219 South Dearborn Street, 5th Floor
        Chicago, Illinois 60604
        (312) 353-0708

Dated: February 28, 2018

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that, on February 28, 2018, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, L.R. 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**NOTICE OF MOTION**

was served pursuant to the district court's ECF system as to all ECF filers.

/s/ Jason A. Yonan
JASON A. YONAN
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-0708