

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS,
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff, )<br>)<br>)<br>vs. )<br>)<br>WARREN N. BARR III, )<br>Defendant. ) | No. 14 CR 287-1<br>Hon. Charles Norgle |

### ORDER

This matter coming heard on Defendant Warren Barr's unopposed Motion to Modify Conditions of Pre-Trial Release to allow travel, the parties having notice, and the Court being fully advised,

IT IS HEREBY ORDERED:

That the Defendant is given permission to travel to St.. Louis, Missouri from March 23, 2018 to March 25, 2018 to attend his nephew's wedding. Pre-trial services has no objection to this travel and he will provide them with his itinerary.

3-21-18
_____
Date

_____
Hon. Charles Norgle

Prepared by:

Patrick E. Boyle
155 N. Michigan Ave., Suite 562
Chicago, IL 60601
(312) 565-2888