

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS,
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | No. 14 CR 287-1 |
| | ) | Hon. Charles Norgle |
| vs. | ) | |
| | ) | |
| WARREN N. BARR III, | ) | |
| Defendant. | ) | |

### ORDER

This matter coming heard on Defendant Warren Barr's unopposed Motion to Continue Sentencing Date, the parties having notice, and the Court being fully advised,

IT IS HEREBY ORDERED:

That the current sentencing date of April 17, 2018 be continued to a date convenient to the Court such as July 23, 2018.

MAR 2 1 2018
_____
Date

_____
Hon. Charles Norgle

Prepared by:

Patrick E. Boyle
155 N. Michigan Ave., Suite 562
Chicago, IL 60601
(312) 565-2888