

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS,
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>        Plaintiff, )<br> )<br> )<br> )<br>vs. )<br> )<br> )<br>WARREN N. BARR III, )<br>        Defendant. ) | No. 14 CR 287-1<br>Hon. Charles Norgle |

### O R D E R

    This matter coming heard on Defendant Warren Barr's unopposed Motion to Continue Sentencing Date, the parties having notice, and the Court being fully advised,

IT IS HEREBY ORDERED:

That the current sentencing date of July 24, 2018 be continued to a date convenient to the Court such as September 19, 2018.

6/28/2018
Date

Hon. Charles Norgle

Prepared by:

Patrick E. Boyle
155 N. Michigan Ave., Suite 562
Chicago, IL 60601
(312) 565-2888