IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| ) | No. 14 CR 287-1 |
| ) | Hon. Charles Norgle |
| vs. ) | |
| ) | |
| WARREN N. BARR III, ) | |
| Defendant. ) | |

## ORDER

This matter coming heard on Defendant Warren Barr's unopposed Motion to Continue Sentencing Date, the parties having notice, and the Court being fully advised,

IT IS HEREBY ORDERED:

That the current sentencing date of September 19, 2018 be continued to a date convenient to the Court such as December 5, 2018. (10:30 A.M.)

8/23/2018
Date

Hon. Charles Norgle

Prepared by:

Patrick E. Boyle
155 N. Michigan Ave., Suite 562
Chicago, IL 60601
(312) 565-2888