# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS,
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| ) | No. 14 CR 287-1 |
| vs. ) | Judge Charles Norgle |
| ) | |
| WARREN BARR, III, ) | |
| Defendant. ) | |

## NOTICE OF MOTION

TO: AUSA Sarah North
219 South Dearborn Street, 5th Floor
Chicago, IL 60604

**PLEASE TAKE NOTICE** that on Friday, September 14, 2018 at 9:30 a.m. or as soon thereafter as counsel may be heard, I will appear before **Judge Charles Norgle**, in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 S. Dearborn, Chicago, IL, or before any other Judge who may be sitting in his place and then and there present:

**Motion to Modify Conditions of Pretrial Release**

in the above captioned case, at which time and place you may appear if you see fit.

Respectfully submitted,
**Warren Barr III**

By: s/ Patrick E. Boyle
By his Attorney Patrick E. Boyle

Law Offices of Patrick E. Boyle
**PATRICK E. BOYLE**
155 N. Michigan Ave. Suite 562
Chicago, IL 60601
(312) 565-2888

## CERTIFICATE OF SERVICE

I, Patrick E. Boyle, an attorney, that on September 11, 2018, I electronically filed the foregoing **Notice of Motion** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished electronically in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5 and the General Order on Electronic Case Filing (ECF).

By: s/ Patrick E. Boyle
PATRICK E. BOYLE