IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHISN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES, | ) |
| | ) |
| v. | ) Case No. 14-CR-287 |
| | ) Judge Norgle |
| WARREN N. BARR, III, | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION TO SUBSTITUTE COUNSEL AND
TO RE-SET THE SENTENCING HEARING**

Defendant, Mr. Barr, by and through his undersigned counsel who is seeking leave to file his Appearance, respectfully moves this Court for the entry of an Order granting him leave to substitute counsel; granting his new counsel leave to file his Appearance; re-setting the date of the sentencing hearing, and states as follows:

1. Mr. Barr has retained new counsel and terminated his attorney-client relationship with his former CJA appointed counsel.

2. Accordingly, Mr. Barr seeks the entry of an Order allowing him to substitute counsel; granting his new counsel leave to file his Appearance; and continuing the currently scheduled December 5, 2018 sentencing hearing.

3. No party will be prejudiced by this Motion, and it is not brought for any improper purpose.

**WHEREFORE**, Defendant, Mr. Barr, by and through his undersigned counsel who is seeking leave to file his Appearance, Michael I. Leonard, respectfully requests the entry of an Order granting him leave to substitute counsel; granting his new counsel leave to file his Appearance; re-setting the date of the sentencing hearing; and for such other and further relief as is appropriate.

                              **RESPECTFULLY SUBMITTED,**

                **By:**    s/Michael I. Leonard
                           **Counsel for Mr. Barr**

**LEONARDMEYER, LLP**
Michael I. Leonard
120 North LaSalle – 20th Floor
Chicago, Illinois 60602
(312)380-6659 (direct)
(312)264-0671 (fax)
mleonard@leonardmeyerllp.com

## CERTIFICATE OF SERVICE

    The undersigned states that, on November 15, 2018, he caused the above document to be served upon opposing counsel of record by ECF filing it.

                              **By:/s/ Michael I. Leonard**