# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHISN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES, ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | Case No. 14-CR-287 |
| v. ) | |
| ) | Judge Norgle |
| ) | |
| WARREN N. BARR, III, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF MOTION

TO: Counsel of Record (as reflected in CM/ECF)

**PLEASE TAKE NOTICE THAT** on **NOVEMBER 30, 2018, at 9:30 a.m.**, I shall appear before the Honorable Judge Norgle at the United States District Court for the Northern District of Illinois, Eastern Division, at the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois 60604, and shall then and there present the following: **DEFENDANT'S MOTION TO SUBSTITUTE COUNSEL AND TO RE-SET THE SENTENCING HEARING**

## CERTIFICATE OF SERVICE

The undersigned states that, on November 15, 2018, he caused the above document to be served upon opposing counsel of record by ECF filing it, and upon the Plaintiff by way of e-mail.

By: s/Michael I. Leonard
**Counsel for Mr. Barr**

**LEONARDMEYER, LLP**
Michael I. Leonard
120 North LaSalle – 20th Floor
Chicago, Illinois 60602
(312)380-6659 (direct)
(312)264-0671 (fax)
mleonard@leonardmeyerllp.com

## **CERTIFICATE OF SERVICE**

The undersigned states that, on November 15, 2018, he caused the above document to be served upon opposing counsel of record by ECF filing it.

**By:/s/ Michael I. Leonard**