# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

UNITED STATES OF AMERICA

            Plaintiff,

v.                       Case No.: 1:14–cr–00287

                      Honorable Charles R. Norgle Sr.

Warren N Barr III, et al.

            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 30, 2018:

  MINUTE entry before the Honorable Charles R. Norgle as to Warren Barr: Motion to Substitute Counsel and to Re–Set the Sentencing Hearing [286] is granted in part and denied in part. Motion to substitute counsel [286] is granted. Motion to reset the sentencing hearing [286] is denied. Motion to withdraw as attorney [288] is granted. Patrick Eamon Boyle is hereby withdrawn from the case. to Warren N Barr III (1); as to Warren N Barr III; Attorney Patrick Eamon Boyle terminated. Motion hearing held on 11/30/2018. Mailed notice (ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.