

**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 14-cr-287 |
| | ) | |
| WARREN N. BARR, III, | ) | Hon. Charles R. Norgle |
| | ) | |
| Defendant. | ) | |

**ORDER**

On November 30, 2018, Defendant appeared before the Court and requested an extension of the sentencing hearing. The Probation Officer shall make available the Presentence Investigation Report, dated January 10, 2017 (Dkt. 174), and the Sentencing Recommendation (Dkt. 175) well in advance of the sentencing hearing set for January 8, 2018, at 10 a.m. Further, during the hearing the Court referred to a specific case, <u>United States v. Kashamu</u>, 656 F.3d 679 (7th Cir. 2011).

      IT IS SO ORDERED.

ENTER:

_____
CHARLES RONALD NORGLE, Judge
United States District Court

DATE: November 30, 2018