EXHIBIT A

Loss Amount for Vision on State
1255 S. State Street, Chicago, IL

| Unit # | HUD1 Date | Sales Price (HUD-1) | Mortage UPB | Institution with Loss | Loss Sale Price | Tax Value (2018) | Loss Amount | Loss Sale Date | Borrower |
|---|---|---|---|---|---|---|---|---|---|
| 504 | 30-Nov-07 | $415,660.00 | $415,650.00 | HSBC Mortgage Corp | $170,000.00 | n/a | $245,650.00 | 11-Jan-11 | Harold Fuller |
| 601 | 28-Mar-08 | $438,000.00 | $416,100.00 | Guaranteed Rate Inc. | $220,000.00 | n/a | $196,100.00 | 27-Jul-10 | Amer Mirza |
| 606 | 29-Feb-08 | $422,372.00 | $380,134.00 | Bank of America | $174,500.00 | n/a | $205,634.00 | 20-Sep-10 | Sabiha S. Malik |
| 617 | 2-May-08 | $438,000.00 | $394,200.00 | Guaranteed Rate Inc. | $189,000.00 | n/a | $205,200.00 | 22-Jun-11 | Hyun Sook Kim |
| 701 | 13-Mar-08 | $438,000.00 | $394,200.00 | Guaranteed Rate Inc. | $200,000.00 | n/a | $194,200.00 | 2-Mar-10 | Iqbal Waseem |
| 717 | 2-May-08 | $438,000.00 | $394,200.00 | Wells Fargo Bank | $225,000.00 | n/a | $169,200.00 | 1-Jun-10 | Hyun Sook Kim |
| 807 | 26-Feb-09 | $437,335.00 | $349,868.00 | Bank of America | $241,000.00 | n/a | $108,868.00 | 4-Apr-16 | MD Shahidul Alam |
| 808 | 24-Apr-08 | $426,802.00 | $384,121.00 | Wells Fargo Bank | $185,500.00 | n/a | $198,621.00 | 20-Jan-10 | Iqbal Waseem |
| 809 | 8-Apr-08 | $413,351.00 | $372,015.00 | Wells Fargo Bank | $136,000.00 | n/a | $236,015.00 | 1-Jun-10 | Mohammed Uddin |
| 810 | 11-Mar-08 | $415,294.00 | $373,764.00 | Bank of America | $200,000.00 | n/a | $173,764.00 | 29-Dec-09 | Hoon Yung Kim |
| 813 | 9-Nov-07 | $367,095.00 | $330,385.00 | First Horizon Home Loans | $104,000.00 | n/a | $226,385.00 | 7-Feb-13 | Edna & Willie Grayson |
| 904 | 21-Apr-08 | $404,745.00 | $364,270.00 | Bank of America | $184,000.00 | n/a | $180,270.00 | 2-Aug-13 | Jan Grillos |
| 907 | 23-May-08 | $438,392.00 | $394,552.00 | Guaranteed Rate Inc. | $137,000.00 | n/a | $257,552.00 | 27-May-11 | Marlestella Chun |
| 913 | 25-Sep-07 | $367,918.00 | $331,100.00 | JPMorgan Chase Bank | $110,000.00 | n/a | $221,100.00 | 10-Sep-10 | Enda & Willie Grayson |
| 1013 | 31-Mar-08 | $422,184.00 | $379,965.00 | CitiMortgage Inc | $135,000.00 | n/a | $244,965.00 | 3-Feb-11 | Mohammed Uddin |
| 1016 | 30-Jul-08 | $499,990.00 | $417,000.00 | Wells Fargo Bank | $215,000.00 | n/a | $202,000.00 | 31-Jan-12 | Roderick Lamont Booker |
| 1104 | 1-Apr-08 | $409,176.00 | $388,717.00 | Wells Fargo Bank | $119,900.00 | n/a | $268,817.00 | 25-Jan-11 | Sayed Abdelaziz |
| 1110 | 25-Nov-08 | $437,150.00 | $371,577.00 | Bank of America | $230,000.00 | n/a | $141,577.00 | 15-Jul-15 | Oleg Topol |
| 1112 | 11-Mar-08 | $424,634.00 | $362,170.00 | Bank of America | $215,000.00 | n/a | $147,170.00 | 6-Aug-09 | Hoon Young Kim |
| 1113 | 27-Feb-09 | $438,995.00 | $351,196.00 | Bank of America | $164,000.00 | n/a | $187,196.00 | 22-Jun-12 | Abdul S. Ahmed |
| 1117 | 1-Apr-08 | $438,000.00 | $384,200.00 | Wells Fargo Bank | $185,500.00 | n/a | $198,700.00 | 24-Jun-10 | Sabiha Malik |
| 1204 | 2-May-08 | $421,118.00 | $379,000.00 | Freddie Mac | $130,000.00 | n/a | $249,000.00 | 12-Jul-11 | Andrea Chun |
| 1218 | 22-May-08 | $438,000.00 | $394,200.00 | Wells Fargo Bank | $170,000.00 | n/a | $224,200.00 | 9-Nov-10 | Zlaullah Khan |
| 1302 | 28-Aug-07 | $422,000.00 | $337,600.00 | CitiMortgage Inc | $258,000.00 | n/a | $79,600.00 | 26-Aug-10 | Edna & Willie Grayson |
| 1302 | 28-Aug-07 | Subordinate Financing | $62,200.00 | CitiMortgage Inc | n/a | n/a | $62,200.00 | 26-Aug-10 | Edna & Willie Grayson |
| 1304 | 8-Apr-08 | $411,249.00 | $370,124.00 | Wells Fargo Bank | $156,000.00 | n/a | $214,124.00 | 27-Jun-11 | Shahemsha Begam |
| 1312 | 24-Apr-08 | $428,876.00 | $385,988.00 | Wells Fargo Bank | $125,000.00 | n/a | $260,988.00 | 8-Dec-10 | Jan Grillos |
| 1313 | 29-Feb-08 | $425,671.00 | $340,536.00 | Bank of America | $217,000.00 | n/a | $123,536.00 | 23-Jun-16 | Mohammad Uddin |
| 1313 | 29-Feb-08 | Subordinate Financing | $42,282.96 | Bank of America | n/a | n/a | $42,282.96 | 23-Jun-16 | Mohammad Uddin |
| 1404 | 13-Feb-08 | $395,265.00 | $316,212.00 | Bank of America | $150,000.00 | n/a | $166,212.00 | 15-Jun-12 | Anichazaya Boldaater |
| 1404 | 29-Feb-08 | Subordinate Financing | $39,154.06 | Bank of America | n/a | n/a | $39,154.06 | 15-Jun-12 | Anichazaya Boldaater |
| 1408 | 2-May-08 | $446,433.00 | $401,790.00 | Wells Fargo Bank | $200,000.00 | n/a | $201,790.00 | 30-Apr-10 | Alina Renert |
| 1410 | 5-Jun-08 | $446,506.90 | $401,856.00 | Wells Fargo Bank | $140,000.00 | n/a | $261,856.00 | 11-Nov-10 | Simion Buda |
| 1411 | 11-Apr-08 | $419,270.00 | $377,343.00 | Freddie Mac | $200,000.00 | n/a | $177,343.00 | 21-Mar-09 | Gulpana Hemmat |
| 1412 | 11-Mar-08 | $424,950.00 | $382,455.00 | Bank of America | $200,000.00 | n/a | $182,455.00 | 22-Jun-09 | Hyun Sook Kim |
| 1418 | 17-Nov-08 | $448,000.00 | $358,400.00 | Freddie Mac | $140,000.00 | n/a | $218,400.00 | 4-Sep-12 | Oleg Topol |
| 1504 | 1-Dec-08 | $413,339.00 | $330,671.00 | Bank of America | $160,500.00 | n/a | $170,171.00 | 22-Jun-12 | Javier Garcia |
| 1507 | 29-Feb-08 | $426,048.00 | $340,839.00 | Bank of America | $140,000.00 | n/a | $200,839.00 | 28-Jun-12 | Sabiha S. Malik |
| 1507 | 29-Feb-08 | Subordinate Financing | $42,235.95 | Bank of America | n/a | n/a | $42,235.95 | 28-Jun-12 | Sabiha S. Malik |
| 1510 | 21-Apr-08 | $429,664.00 | $386,697.00 | Bank of America | $138,000.00 | n/a | $248,697.00 | 23-Jul-12 | Jan Grillos |
| 1513 | 12-May-08 | $429,442.00 | $386,497.00 | Bank of America | $144,500.00 | n/a | $241,997.00 | 14-Nov-12 | Sayed Abdelaziz |
| 1518 | 1-Apr-08 | $438,000.00 | $394,200.00 | Wells Fargo Bank | $157,000.00 | n/a | $237,200.00 | 31-May-11 | Mohammad Uddin |
| 1604 | 12-May-08 | $433,413.00 | $389,700.00 | Bank of America | $135,000.00 | n/a | $254,700.00 | 26-Jul-12 | Sayed Abdelaziz |
| 1606 | 19-Nov-08 | $433,949.00 | $347,159.00 | Bank of America | $145,000.00 | n/a | $202,159.00 | 21-Feb-11 | Simion Buda |

Loss Amount for Vision on State
1255 S. State Street, Chicago, IL

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1610 | 25-Nov-08 | $437,650.00 | $350,120.00 | Bank of America | $240,000.00 | n/a | $110,120.00 | 28-Apr-15 | Oleg Topol |
| 1611 | 31-Aug-07 | $329,000.00 | $329,000.00 | Clearwater Mortgage | $124,000.00 | n/a | $205,000.00 | 13-Feb-12 | Paul Scott |
| 1613 | 27-Mar-08 | $429,724.00 | $343,779.00 | Bank of America | $165,000.00 | n/a | $178,779.00 | 3-Aug-12 | Amer Mirza |
| 1613 | 27-Mar-08 | Subordinate Financing | $42,421.37 | Bank of America | n/a | n/a | $42,421.37 | 3-Aug-12 | Amer Mirza |
| 1618 | 1-Dec-08 | $451,000.00 | $360,800.00 | Fannie Mae | $167,000.00 | n/a | $193,800.00 | 17-Oct-11 | Adam T. Rubin |
| 1703 | 13-May-08 | $521,250.00 | $417,000.00 | Bank of America | n/a | $487,200.00 | $0.00 | n/a | Warren Barr |
| 1706 | 21-Apr-08 | $429,204.00 | $386,283.00 | Bank of America | $176,000.00 | n/a | $210,283.00 | 13-Sep-12 | Jan Grillos |
| 1708 | 28-Jul-08 | $449,963.00 | $404,984.00 | Wells Fargo Bank | $165,000.00 | n/a | $239,984.00 | 9-Mar-11 | Raze Ali Khan |
| 1709 | 30-Nov-07 | $329,000.00 | $296,100.00 | JPMorgan Chase Bank | $125,000.00 | n/a | $171,100.00 | 5-Oct-10 | Edna & Willie Grayson |
| 1710 | 25-Nov-08 | $437,895.00 | $350,316.00 | Freddie Mac | $189,000.00 | n/a | $161,316.00 | 2-Oct-10 | Sivakumar Kondapalli |
| 1713 | 1-Apr-08 | $430,000.00 | $387,005.00 | Wells Fargo Bank | $148,000.00 | n/a | $239,005.00 | 3-Feb-11 | Amer Mirza |
| 1714 | 2-May-08 | $429,819.00 | $386,800.00 | Wells Fargo Bank | $172,000.00 | n/a | $214,800.00 | 4-Oct-10 | Marlestella Chun |
| 1805 | 24-Apr-08 | $406,673.00 | $366,005.00 | Bank of America | $155,000.00 | n/a | $211,005.00 | 24-Sep-12 | Jan Grillos |
| 1807 | 8-Apr-08 | $437,359.00 | $393,623.00 | Freddie Mac | $200,000.00 | n/a | $193,623.00 | 16-Jun-09 | Gulpana Hemmat |
| 1810 | 25-Nov-08 | $437,995.00 | $350,396.00 | Bank of America | $166,000.00 | n/a | $184,396.00 | 4-Jun-13 | Sivakumar Kondapalli |
| 1813 | 8-Apr-08 | $431,892.37 | $388,702.00 | Freddie Mac | $140,500.00 | n/a | $248,202.00 | 26-Oct-10 | Abdur Rahman |
| 1906 | 12-Mar-08 | $427,597.00 | $384,837.00 | Bank of America | $175,000.00 | n/a | $209,837.00 | 20-Jul-12 | Iqbal Waseem |
| 1908 | 12-Mar-08 | $427,000.00 | $384,300.00 | Bank of America | $161,000.00 | n/a | $223,300.00 | 24-Apr-12 | Iqbal Waseem |
| 1909 | 23-Jan-09 | $395,995.00 | $336,000.00 | Fannie Mae | $144,000.00 | n/a | $192,000.00 | 18-Apr-11 | Vasyl Fedorak |
| 1910 | 22-Oct-08 | $437,995.00 | $350,300.00 | Countrywide Bank FSB | $194,000.00 | n/a | $156,300.00 | 15-Oct-10 | Matthew Bernthal |
| 1912 | 21-Nov-08 | $434,849.00 | $347,879.00 | Freddie Mac | $112,000.00 | n/a | $235,879.00 | 19-Jul-12 | Adam T. Rubin |
| 1913 | 13-Mar-08 | $433,777.57 | $390,399.00 | Guaranteed Rate Inc. | $179,000.00 | n/a | $211,399.00 | 25-May-11 | Abdur Rahman |
| 1914 | 13-Feb-08 | $419,355.00 | $335,484.00 | Freddie Mac | $91,000.00 | n/a | $244,484.00 | 30-May-12 | Samaira Waseem |
| 1914 | 13-Feb-08 | Subordinate Financing | $41,470.32 | Bank of America | n/a | n/a | $41,470.32 | 30-May-12 | Samaira Waseem |
| | | **$26,427,279.84** | **$23,280,527.66** | | | | **$12,628,627.66** | | |