IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 14 CR 287 |
| | ) | Judge Norgle |
| WARREN N. BARR, III | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

To: All Counsel of Record

PLEASE TAKE NOTICE THAT on **Friday**, **January 4, 2019 at 9:30 a.m.**, I shall appear before the Honorable Judge Norgle in the Courtroom usually occupied by him, and shall then and there present the following Motion:

**DEFENDANT BARR'S MOTION TO DISMISS INDICTMENT, AND FOR ORDER REQUIRING THE GOVERNMENT TO FULLY COMPLY WITH THIS COURT'S ORDER OF MARCH 24, 2017, AND FOR RELATED RELIEF**

                    RESPECTFULLY SUBMITTED,

                    By: s/Michael I. Leonard
                          **Counsel for Mr. Barr**

## **CERTIFICATE OF SERVICE**

The undersigned states that, on January 2, 2010, he caused the above to be served on counsel of record by way of ECF filing.


**RESPECTFULLY SUBMITTED,**


**By:** **s/Michael I. Leonard**
**Counsel for Mr. Barr**