# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | No. 14 CR 287 |
| | ) | Judge Norgle |
| | ) | |
| **WARREN N. BARR, III** | ) | |
| **Defendant.** | ) | |

## NOTICE OF MOTION

To: All Counsel of Record

PLEASE TAKE NOTICE THAT on **Friday, January 4, 2019 at 9:30 a.m.**, I shall appear before the Honorable Judge Norgle in the Courtroom usually occupied by him, and shall then and there present the following Motion:

**DEFENDANT BARR'S MOTION TO WITHDRAW GUILTY PLEA**

RESPECTFULLY SUBMITTED,

By: s/Michael I. Leonard
Counsel for Mr. Barr

1

## **CERTIFICATE OF SERVICE**

  The undersigned states that, on January 2, 2010, he caused the above to be served on counsel of record by way of ECF filing.

        **RESPECTFULLY SUBMITTED,**

      **By:** <u>**s/Michael I. Leonard**</u>
         **Counsel for Mr. Barr**