**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | No. 14 CR 287 |
| | ) | Judge Norgle |
| | ) | |
| **WARREN N. BARR, III** | ) | |
| **Defendant.** | ) | |

**NOTICE OF MOTION**

To:     All Counsel of Record

PLEASE TAKE NOTICE THAT on **Friday**, **January 4, 2019 at 9:30 a.m.**, I shall appear before the Honorable Judge Norgle in the Courtroom usually occupied by him, and shall then and there present the following Motion:

**DEFENDANT BARR'S RENEWED MOTION TO CONTINUE SENTENCING HEARING**

            **RESPECTFULLY SUBMITTED,**


            By:    **s/Michael I. Leonard**
                        **Counsel for Mr. Barr**

1

## **CERTIFICATE OF SERVICE**

  The undersigned states that, on January 2, 2010, he caused the above to be served on counsel of record by way of ECF filing.


       **RESPECTFULLY SUBMITTED,**


    **By:** <u>**s/Michael I. Leonard**</u>
       **Counsel for Mr. Barr**