

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 14-cr-287 |
| | ) | |
| WARREN N. BARR, III, | ) | Hon. Charles R. Norgle |
| | ) | |
| Defendant. | ) | |

## ORDER

The sentencing hearing shall continue tomorrow, January 9, 2019, at 10 a.m., to include Defendant's written motion for recusal.

ENTER:

_____
CHARLES RONALD NORGLE, Judge
United States District Court

DATE: January 8, 2019