**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | No. 14 CR 287 |
| v. | |
| **WARRN N. BARR, III** | Judge Norgle |

**_SECOND_ SUPPLEMENT TO DEFENDANT WARREN BARR'S MOTION TO RECUSE AND DISQUALIFY**

Defendant, Warren N. Barr, III ("Mr. Barr"), by and through his undersigned counsel, respectfully submits this *SECOND* SUPPLEMENT to his previously filed Motion to Recuse and Disqualify (hereinafter the "Motion"), and states as follows:

1. As referenced in the Motion, the transcript from the January 8, 2019 sentencing hearing was <u>not</u> available at the time of filing of the Motion.

2. Mr. Barr has now received and filed with this Court both the preliminary transcript and final transcript provided by the court reporter, Ms. Warrren. *See* Docket at Nos. 317 and 321.

3. In addition, as indicated in the Motion, Mr. Barr did not have any page and line cites available at the time of filing of the Motion. Accordingly, he indicated in the Motion that he would provide a supplement to the Motion with page and line cites after obtaining the transcript.

4. Accordingly, Mr. Barr provides this *Second* Supplement for purposes of identifying the page citations from the transcript in support of the Motion. The page numbers and line cites in support of the Motion from the transcript are as follows:

> p. 3:17-25 (for interrupting Mr. Barr's counsel (hereinafter "interrupting"), hostility towards Mr. Barr's counsel (hereinafter "hostility"), and disparate/less favorable treatment towards Mr. Barr's counsel as compared to the AUSAs (hereinafter "less favorable"));
> p. 4: 1-23 (interrupting, hostility, and less favorable);
> p. 7:1-7 (interrupting, hostility, and less favorable);
> p. 35: 10-16 (interrupting, hostility, and less favorable - i.e., the Court contending that the Government's counsel's use of the term "thank you" was appropriate, but contending that Mr. Barr's counsel was intending to be "disrespectful" to the Court when he thanked the Court);
> p. 77:3-23 (interrupting, hostility, and less favorable);
> p. 78: 2-12 (interrupting, hostility, and less favorable);
> p. 79:7-10 ((interrupting, hostility, and less favorable);
> p. 80:12-13 (interrupting, hostility, and less favorable);
> p. 81:21-25 (interrupting, hostility, and less favorable);
> p. 82:10-11 (interrupting, hostility, and less favorable);
> p. 84:4-15 (interrupting, hostility, and less favorable);
> p. 84:23-85:2 (interrupting, hostility, and less favorable);
> p. 85:6 (interrupting, hostility, and less favorable – i.e., the Court accusing Mr. Barr's counsel of "fencing" with the Court);
> p. 85:7-13 (interrupting, hostility, and less favorable – i.e., the Court accusing Mr. Barr's counsel of being engaged in "obfuscation");
> p. 85:14-16 (interrupting, hostility, and less favorable);
> p. 86:10-11 (interrupting, hostility, and less favorable – i.e., the Court stating, "You just demonstrated again fencing with the Court and obfuscation.");
> p. 87:10-12 (interrupting, hostility, and less favorable);
> p. 87:23-25 (interrupting, hostility, and less favorable);
> p. 88:3-5 (interrupting, hostility, and less favorable);
> p. 89: 2-9 (interrupting, hostility, and less favorable – i.e., despite Mr. Barr's counsel's attempts to comply with what the Court just asked him to do, the Court accusing Mr. Barr's counsel of attempting to "fence" with the Court);
> p. 90:19-23 (interrupting, hostility, and less favorable);
> p. 92:20-21 (interrupting, hostility, and less favorable);
> p. 93:13-14 (interrupting, hostility, and less favorable);
> p. 93:21-24 (interrupting, hostility, and less favorable);
> p. 95:3-5 (interrupting, hostility, and less favorable – i.e., with Mr. Barr's counsel simply attempting to ask the Court if he was on the same page of the Exhibits as he was, and the

   Court telling him to "answer the question");
   p. 95:6-7 (interrupting, hostility, and less favorable);
   p. 95:23-25 (interrupting, hostility, and less favorable);
   p. 97:9-10 (interrupting, hostility, and less favorable);
   p. 99:7-8 (interrupting, hostility, and less favorable);
   p. 99:7-8 (interrupting, hostility, and less favorable);
   p. 99: 18-22 (interrupting, hostility, and less favorable);
   p. 100:15-16 (interrupting, hostility, and less favorable);
   p. 102:5-6 (interrupting, hostility, and less favorable);
   p. 103:2-5 (interrupting, hostility, and less favorable);
   p. 103:22-23 (interrupting, hostility, and less favorable);
   p. 104:6-7 (interrupting, hostility, and less favorable);
   p. 104:9-10 (interrupting, hostility, and less favorable);
   p. 104:19-21 (interrupting, hostility, and less favorable);
   p. 107: 14-16 (interrupting, hostility, and less favorable);
   p. 107:24-108:3 (interrupting, hostility, and less favorable);
   p. 108:4-8 (interrupting, hostility, and less favorable);
   p. 108:12-14 (interrupting, hostility, and less favorable);
   p. 109:11-19 (interrupting, hostility, and less favorable);
   p. 110:19-21 (interrupting, hostility, and less favorable);
   p. 113:6-8 (interrupting, hostility, and less favorable);
   p. 114:7-11 (interrupting, hostility, and less favorable);
   p. 114:21-25 (interrupting, hostility, and less favorable);
   p. 118:4-8 (interrupting, hostility, and less favorable);
   p. 118:9-11 (interrupting, hostility, and less favorable);
   p. 118:16-18 (interrupting, hostility, and less favorable);
   p. 118:22-24 (interrupting, hostility, and less favorable – i.e., refusing to allow Mr. Barr's counsel to make a record or present argument).

  5. In addition, the entire transcript is designated as demonstrating the disparate manner with which the Court treated Mr. Barr's counsel as opposed to the Government's counsel.

  6. Finally, Mr. Barr attaches hereto his own Affidavit in support of his Motion. *See* Barr Affidavit, attached hereto.

**RESPECTFULLY SUBMITTED,**
By:/s/Michael I. Leonard
**Counsel for Mr. Barr**

**LEONARDMEYER, LLP**
Michael I. Leonard
120 North LaSalle, 20th Floor
Chicago, Illinois 60602
(312)380-6559 (direct)
(312)264-0671 (fax)
mleonard@leonardmeyerllp.com

## CERTIFICATE OF SERVICE

The undersigned states that, on January 13, 2019, he caused the above to be served on counsel of record by way of ECF filing.

**RESPECTFULLY SUBMITTED,**

I.                     **BY:S/MICHAEL I. LEONARD**

**Counsel for Mr. Barr**