UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 14 CR 287 |
| v. | |
| WARRN N. BARR, III | Judge Norgle |

### NOTICE OF APPEAL

    Notice is hereby given that WARREN N. BARR, III, the Defendant in this case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgement in this action dated February 1, 2019, and docketed on February 6, 2019 (Dkt. No. 338).

**Dated: February 6, 2019**

RESPECTFULLY SUBMITTED,

By:   <u>s/Michael I. Leonard</u>
       **Counsel for Defendant**

LeonardMeyer LLP
Michael I. Leonard
120 N. LaSalle Street, 20th Floor
Chicago, IL 60602
(312)380-6559

mleonard@leonardmeyerllp.com

## CERTIFICATE OF SERVICE

    I, Michael I. Leonard, an attorney, hereby certifies that, on February 6, 2019, in accordance with FED.R.CRIM. P. 49, FED. R. CIV. P5, LR5.5, and the General Order on Electronic Case Filing (ECF), filed the following document(s) - NOTICE OF APPEAL – and served it pursuant to the District Court's ECF system.

**RESPECTFULLY SUBMITTED,**

**By:** **s/Michael I. Leonard**
**Counsel for Defendant**