

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff(s),

v.

WILLIAM N BARR III,

Defendant(s).

Case No. 14 CR 287-1

Judge

### ORDER

The amount listed on the Restitution Victim Information List as owed to Bank of America is reduced by .66 cents.

Date: 2/26/2019

JUDGE CHARLES R. NORGLE