**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **No. 14 CR 287** |
| v. | |
| **WARRN N. BARR, III** | **Judge Norgle** |

**DEFENDANT BARR'S MOTION REQUESTING A RULING ON HIS PENDING MOTION FOR RELEASE PENDING APPEAL PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 9(b) AND 18 U.S.C. §§ 3142, 3143 and 3145(c), *OR IN ALTERNATIVE*, FOR A RULING STAYING MR. BARR'S SURRENDER DATE TO THE BOP UNTIL AFTER THIS COURT HAS THE OPPORTUNITY TO RULE ON THAT PENDING MOTION**

Mr. Barr, by and through his undersigned counsel, respectfully moves this Honorable Court, pursuant to Federal Rule of Appellate Procedure 9(b) and United States Code, Title 18 Sections 3142, 3143 and 3145(c), requesting a Ruling from this Court on his pending Motion for release pending the resolution of his Seventh Circuit appeal in this matter, or, in the alternative, for the entry of an Order staying his surrender date to the BOP until after this Court has the opportunity to rule on his pending Motion. In support, Mr. Barr states as follows:

1. As this Court is aware, Mr. Barr filed a Motion with this Court seeking a stay of his report date to the BOP, pending the outcome of his Seventh Circuit appeal. That Seventh Circuit appeal was timely filed and is pending.

2. Mr. Barr respectfully requests a ruling on that pending Motion.

3. Alternatively, Mr. Barr requests the stay of his report/surrender date to the BOP until after this Court rules on that Motion.

4. Mr. Barr requests that relief because Mr. Barr's report/surrender date to the BOP is

April 30, 2019. *See* Docket at No. 338.

 5. Accordingly, in the event that this Court is going to grant Mr. Barr's pending Motion, then the granting of the requested relief will serve to avoid Mr. Barr serving time that he should not be required to serve prior to the Seventh Circuit ruling on his pending appeal.

 6. In the event this Court is going to deny Mr. Barr's pending Motion, then he would like to have sufficient time, prior to April 30, to pursue that very same Motion directly with the Seventh Circuit.

 7. Alternatively, if the Court needs additional time to consider and rule upon Mr. Barr's pending Motion, Mr. Barr respectfully requests that this Court stay Mr. Barr's surrender date to the BOP until after it has the opportunity to rule on his pending Motion.

 **WHEREFORE**, Mr. Barr, by and through her undersigned counsel, respectfully requests the entry of an Order permitting his continued release during the pendency of his appeal, and for such other and further relief that is appropriate under the circumstances – including either of the alternative relief referenced above.

             **RESPECTFULLY SUBMITTED,**
             By:/s/Michael I. Leonard
              **Counsel for Mr. Barr**

**LEONARDMEYER, LLP**
Michael I. Leonard
120 North LaSalle, 20th Floor
Chicago, Illinois 60602
(312)380-6559 (direct)
(312)264-0671 (fax)
mleonard@leonardmeyerllp.com

## **CERTIFICATE OF SERVICE**

  The undersigned states that, on April 10, 2019, he caused the above to be served on counsel of record by way of ECF filing.

          **RESPECTFULLY SUBMITTED,**
          **By:/s/Michael I. Leonard**
            **Counsel for Mr. Barr**