IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 14-cr-287 |
| | ) | |
| WARREN N. BARR, III, | ) | Hon. Charles R. Norgle |
| | ) | |
| Defendant. | ) | |

## ORDER

Defendant's motion requesting a ruling on his pending motion for release pending appeal, or in the alternative, for a ruling staying Defendant's surrender date [353] is denied as moot. The Court intends to routinely issue an order on April 12, 2019 addressing Defendant's motion for release pending appeal.

IT IS SO ORDERED.

ENTER:

CHARLES RONALD NORGLE, Judge
United States District Court

DATE: April 11, 2019