# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

April 25, 2019

Before

DIANE S. SYKES, *Circuit Judge*
DAVID F. HAMILTON, *Circuit Judge*
AMY C. BARRETT, *Circuit Judge*

| No. 19-1238 | UNITED STATES OF AMERICA, Plaintiff - Appellee<br><br>v.<br><br>WARREN N. BARR, III, Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:14-cr-00287-1<br>Northern District of Illinois, Eastern Division<br>District Judge Charles R. Norgle ||

Upon consideration of the **APPELLANT BARR'S MOTION FOR RELEASE PENDING APPEAL**, filed on April 23, 2019, by counsel for Appellant Warren Barr,

**IT IS ORDERED** that the motion is **DENIED**.

form name: **c7_Order_3J**(form ID: **177**)

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit