# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FINAL JUDGMENT**

May 26, 2020

| Before: | DANIEL A. MANION, Circuit Judge |
| | MICHAEL S. KANNE, Circuit Judge |
| | AMY C. BARRETT, Circuit Judge |

**CERTIFIED COPY**
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

| No. 19-1238 | UNITED STATES OF AMERICA, Plaintiff - Appellee<br><br>v.<br><br>WARREN N. BARR, III, Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:14-cr-00287-1<br>Northern District of Illinois, Eastern Division<br>District Judge Charles R. Norgle ||

The judgment of the District Court is **AFFIRMED** in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)