**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | Case No.  14 CR 287 |
| | ) | |
| v. | ) | Hon. Martha M. Pacold |
| | ) | |
| Warren Barr III, et al. | ) | |

**ORDER**

Pursuant to the withdrawal of counsel, [511], Sarah J. North is granted leave to withdraw as counsel of record on behalf of the United States of America.  Sarah J. North is terminated.

Date: May 29, 2025                                        /s/ Martha M. Pacold